# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:19-mj-00603-VCF |
| ) | |
| ALAN FRANCISCO WHEELOCK ) | Charging District: Southern District of Florida |
| _Defendant_ ) | Charging District's Case No. 19-20387 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Southern District of Florida AS ORDERED | Courtroom No.: AS ORDERED |
|---|---|---|
| | | Date and Time: 09/03/2019 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __August 14, 2019__

_Judge's signature_

CAM FERENBACH, U.S. MAGISTRATE JUDGE
_Printed name and title_



```
____ FILED           ____ RECEIVED
____ ENTERED         ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              AUG 14 2019

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```